UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-81541-CIV-COHN/SELTZER

JAMES MEARS,

    Plaintiff,

v.

ACE LUBE CENTERS, LLC,
and AUTO CARE CENTER
OF HYPOLUXO ROAD, LLC,

    Defendants.
_____/

### ORDER APPROVING CONSENT DECREE AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Joint Stipulation to Approve Consent Decree and to Dismiss Defendants with Prejudice [DE 15] ("Stipulation"). The Court having carefully reviewed the Stipulation, the parties' Consent Decree [DE 15-1], and the record in this case, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation to Approve Consent Decree and to Dismiss Defendants with Prejudice [DE 15] is **GRANTED**;

2. The Consent Decree [DE 15-1] is **APPROVED**, and the above-styled action is **DISMISSED WITH PREJUDICE**;

3. The Court retains jurisdiction to enforce the Consent Decree;

4. Each party shall bear its own attorney's fees and costs except as detailed in the parties' Consent Decree; and

5.   The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of February, 2015.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF